MARTHA WINSHIP, as Administratrix of LOVELL WINSHIP, Deceased, Respondent, *v.* BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.

*Winship* v. *Buffalo, R. & P. Ry. Co.,* 25 App. Div. 631, affirmed.
(Submitted January 10, 1901; decided January 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 15, 1898, affirming a judgment in favor of plaintiff

entered upon a verdict, and an order denying a motion for a new trial.

*Nathaniel Foote* for appellant.

*Wallace Thayer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, MARTIN, VANN and LANDON, JJ. Dissenting: PARKER, Ch. J. Absent: O'BRIEN, J. Not voting: HAIGHT, J.